IDA C. BUTTERWORTH, Respondent, v. SARAH HENRY and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

IDA COHEN, Respondent, v. UPPERCU CADILLAC CORPORATION, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,229; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

JACOB H. COHEN, Respondent, v. UPPERCU CADILLAC CORPORATION, Appellant. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

THOMAS D. TAYLOR, Respondent, Appellant, v. ILLINOIS PUBLISHING AND PRINTING COMPANY, INC., Appellant, Respondent.— Judgment so far as appealed from affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN L. RAYMOND, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.; O'Malley, J., concurs in affirmance only by virtue of section 542 of the Code of Criminal Procedure.

SHELL EASTERN PETROLEUM PRODUCTS, INC., Appellant, v. HALSBAND REALTY CORPORATION and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, and judgment directed against the defendants Halsband Realty Corporation and Co-Bro Realty Corporation for $8,233.60, with interest; and against the defendant Philip Cohen and the defendants Minnie Cohen and Morton Halsband, as administrators of Joseph Cohen, deceased, for $5,000. No opinion. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

ABRAHAM WOLFSON, Respondent, v. SAINT PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

GENERAL CHEMICAL COMPANY, Respondent, v. EDWIN P. SHERMAN, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

JOHN W. DYER, Respondent, v. FREDERICK K. VREELAND, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JAMES NOLAN, Respondent, v. SECOND AVENUE RAILROAD CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.